LENA SCOTT, PLAINTIFF-RESPONDENT, v. EUGENE BOD-
NAR *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 52 *N. J. Super.* 439.

*Mr. Edward E. Kuebler* for the petitioners.

*Messrs. Strong & Strong* for the respondent.

February 9, 1959.   Denied.

CHARLES SEIPEL, PLAINTIFF-PETITIONER, v. CHARLES
SEVEK *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 53 *N. J. Super.* 151.

*Mr. Edward T. Curry* and *Messrs. Rizzolo & Montalbano*
for the petitioner.

*Messrs. McCarter & English* and *Mr. Merritt Lane, Jr.,*
for the respondents.

February 9, 1959.   Granted.